Teresa C. Senior, CA Bar No. 129316
Jeffrey B. Maltzman, CA Bar No. 131758
MALTZMAN & PARTNERS, PA
Physical Address: 355 South Grand Avenue, Suite 2450
　　　　　　　　　Los Angeles, California 90071
Mailing Address:　55 Miracle Mile, Suite 320            JS 6
　　　　　　　　　Coral Gables, FL  33134
Telephone:　　　(213) 330-0535
Facsimile:　　　 (213) 330-0534
E-mail:　　　　　teresas@maltzmanpartners.com and
　　　　　　　　　jeffreym@maltzmanpartners.com

Attorneys for Defendant, CARNIVAL PLC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CRAGG, M.D., | **CASE NO. 2:14-cv-06586-DSF-SS** |
| Plaintiff, | **ORDER ON STIPULATION TO REMAND REMOVED ACTION** |
| vs. | |
| CARNIVAL PLC., and DOES 1 through X, inclusive, | |
| Defendants. | |

**ORDER**

On August 29, 2014, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

- 1 -
**[PROPOSED] ORDER ON STIPULATION TO REMAND REMOVED ACTION**

1       1. The Parties' stipulation is approved;

2       2. Central District of California case number 2:14-cv-06586-DSF-SS styled PAUL CRAGG, M.D. v. CARNIVAL PLC, et al. is hereby remanded to the Los Angeles County Superior Court.

**IT IS SO ORDERED**.

Date: September 4, 2014

_____
DALE S. FISCHER
United States District Judge

-2-
**[PROPOSED] ORDER ON STIPULATION TO REMAND REMOVED ACTION**